# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| JENNIFER ANN WADFORD, : | |
| : | |
| Petitioner, : | |
| VS. : | |
| : | NO. 3:18-CV-00098-CAR-CHW |
| ATHENS-CLARKE COUNTY : | |
| GEORGIA, *et al.*, : | |
| : | |
| Respondents. : | |
| _____ : | |

## ORDER

*Pro se* Petitioner Jennifer Ann Wadford filed a document in the above-captioned action that was construed as a petition seeking federal habeas relief pursuant to 28 U.S.C. § 2241. *See* Recast Pet. Writ Habeas Corpus, ECF No. 7. On August 23, 2018, the Court denied Petitioner's motion for leave to proceed *in forma pauperis* and ordered her to pay the $5.00 filing fee if she wished to proceed with her claims. Petitioner was advised that she could file a renewed motion for leave to proceed *in forma pauperis* if her circumstances had changed and she was no longer able to pay the $5.00 filing fee. Petitioner was also instructed to immediately notify the Court in writing of any change in her mailing address, and she was warned that failure to fully and timely comply with the Court's orders and instructions could result in dismissal of her Petition. Order, Aug. 23, 2018, ECF No. 10.

The time for compliance passed, and the Court never received Petitioner's filing fee or a renewed motion for leave to proceed *in forma pauperis*. Petitioner was thus ordered to respond and show cause why her lawsuit should not be dismissed for failure to comply

with the Court's orders and instructions. Because Petitioner filed a document in which she asserted her belief that prison officials had deducted the fee from her account, however, Petitioner was advised that she could submit a copy of her inmate account statement showing a $5.00 deduction to support her claims of payment. Petitioner was given twenty-one (21) days to comply, and she was again warned that the failure to timely and fully comply would result in the dismissal of her Petition. Petitioner was also again instructed to notify the Court in writing of any change in her mailing address. Order, Oct. 18, 2018, ECF No. 12.

The time for compliance has passed without a response from the Petitioner, and the Court has yet to receive the $5.00 filing fee in this case. Moreover, it appears Petitioner failed to comply with the Magistrate Judge's repeated instructions to notify the Court of any change in her mailing address, as the show cause order was returned to the Court as undeliverable (ECF No. 13). Petitioner's failure to fully and timely comply with the Court's orders and instructions is grounds for dismissal of his case. *See* Fed. R. Civ. P. 41; *see also Slack v. McDaniel*, 529 U.S. 473, 489 (2000) (noting that the failure to comply with a court order is grounds for dismissal in a habeas case). Petitioner's Petition shall therefore be **DISMISSED without prejudice.** Petitioner's remaining pending motion (ECF No. 9) shall be terminated as **MOOT.**

**SO ORDERED**, this 8th day of January, 2019.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT